1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  KOFFI KOUAME,                    CASE NO. C16-1857JLR

11              Plaintiff,           MINUTE ORDER

12       v.

13  DAL GLOBAL SERVICES, LLC,

14              Defendant.

15      The following minute order is made by the direction of the court, the Honorable

16  James L. Robart:

17      The court has considered the phased discovery schedule that the parties request in

18  their joint status report.  (*See* JSR (Dkt. # 11) at 2 (requesting "that the deadline for

19  disclosing damages experts be set 30 days from final entry of the [c]ourt's final order on

20  summary judgment").)  The court declines to set the deadline for disclosure of the

21  parties' damages experts 30 days after the court's order on any motion for summary

22  //

MINUTE ORDER - 1

1 | judgment. (*See* Sched. Order (Dkt. # 12) at 1 (setting October 11, 2017, as the deadline
2 | for the disclosure of all expert testimony).)

3     Filed and entered this 22nd day of February, 2017.

                                      WILLIAM M. MCCOOL
                                      Clerk of Court

                                      s/ Ashleigh Drecktrah
                                      Deputy Clerk

MINUTE ORDER - 2