# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KOFFI KOUAME, | CASE NO. C16-1857JLR |
| Plaintiff, | ORDER |
| v. | |
| DAL GLOBAL SERVICES, LLC, | |
| Defendant. | |

Pursuant to the court's scheduling order (Sched. Order (Dkt. # 12) at 2), counsel for Plaintiff Koffi Kouame contacted the court to request a conference regarding the discovery of personnel files for employees other than Mr. Kouame. The court ORDERS the parties to file statements of no more than two (2) pages further explaining the nature of the discovery dispute, setting forth the standard for discovery of such materials, and providing brief argument in support of the party's position. The parties must file their statements no later than Friday, August 18, 2017, at 4:00 p.m.

//

The court further ORDERS the parties to appear at a telephonic hearing on Tuesday, August 29, 2017, at 2:00 p.m. The undersigned judge's Courtroom Deputy will contact the parties with instructions for appearing at the telephonic hearing.

Dated this 14th day of August, 2017.

JAMES L. ROBART
United States District Judge