UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KOFFI KOUAME, | CASE NO. C16-1857JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DAL GLOBAL SERVICES, LLC, | |
| Defendant. | |

Pursuant to the court's scheduling order (Sched. Order (Dkt. # 12) at 2), counsel for Plaintiff Koffi Kouame contacted the court to request a conference regarding the scope of discovery of personnel files for employees other than Mr. Kouame. The court ORDERS the parties to file statements of no more than two (2) pages further explaining the nature of the discovery dispute, how it differs from the parties' prior dispute (*see* Statements (Dkt. ## 18, 19)), setting forth the standard for discovery of the materials sought, and providing brief argument in support of the party's position. The parties must file their statements no later than Wednesday, October 4, 2017, at 4:00 p.m. After

ORDER - 1

receiving the parties' statements, the court will schedule a telephonic hearing if necessary.

Dated this 26th day of September, 2017.

JAMES L. ROBART
United States District Judge